**Opinion issued July 22, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-20-00635-CV

———————————

### IN RE ESPERANZA OCHOA, Relator

———————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————

### MEMORANDUM OPINION

Relator, Esperanza Ochoa, has filed a petition for writ of mandamus challenging the trial court's denial of her motion to expunge notices of lis pendens.[1]

We deny the petition.

---

[1] The underlying case is *John Hofmeister and Karen Hofmeister, et al. v. Esperanza Ochoa, et al.*, cause number 2020-02769, pending in the 269th District Court of Harris County, Texas, the Honorable Cory Sepolio presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.